

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-18-00115-CR, 04-18-00116-CR & 04-18-00117-CR

Leonard Earl **WHITE-WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR3194C, 2017CR3193C, 2017CR3195C
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED January 2, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice